IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHERRI L. WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 3:00-CV-00532 AS |
| JAMES L. McQUEARY, | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

On January 8, 2001, Plaintiff, Sherri L. Williams, applied for Default Judgment against Defendant James L. McQueary. Based on the application and accompanying affidavit, and the other papers on file in this action, it appears that:

1. Defendant, James L. McQueary, has filed to appear in this action by timely pleading, responding to, or otherwise defending against, the Complaint after being properly served with it. Accordingly, default was entered against Defendant James L. McQueary on January 2, 2001.

2. Defendant, James L. McQueary, is not a minor, an incompetent person, or a current member of the military service.

3. Defendant, James L. McQueary, is indebted to Plaintiff, Sherri L. Williams, for a sum certain, which is the amount of $32,985.00 and costs in the amount of $150.00, for a total judgment of $33,135.00.

4. This judgment will bear interest at the judgment rate from the date of judgment until paid.

Dated: 3/27/2001

s/ Allen Sharp
JUDGE, U. S. DISTRICT COURT